**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00101-CR
_____

### NATALIO JUAREZ, JR., Appellant

## V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Lang, and Schenck

Based on the Court's opinion of this date, we **GRANT** the March 20, 2015 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Natalio Juarez, Jr., TDCJ No. 1908382, Cole Unit, 3801 Silo Road, Bonham, Texas, 75418.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE